**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Miscellaneous Action No. 24-mc-122-DDD

SECURITIES AND EXCHANGE COMMISSION,

 Petitioner,

v.

CAST YOUR NETS MINISTRIES;
CYNM CONSULTING, LLC;
PHILLIP TRUJILLO; and
JEREMY ("JE") HAMMONDS,

Respondents.

---

## MOTION TO APPEAR REMOTELY

---

NOW Comes the Respondents, CAST YOUR NETS MINISTRIES, CYNM CONSULTING, LLC,  PHILLIP TRUJILLO and JEREMY HAMMONDS, by Keith O. Barrows, their counsel, and make this Motion to Appear Remotely before the Court for the scheduled hearing for January 28, 2025, and state:

1.      The Court has scheduled a hearing in this matter for January 28, 2025, at 3:00PM, where the "Respondents shall shall appear and show cause, if there be any, why an Order Compelling Compliance with Administrative Subpoenas should not be granted in accordance with the Application filed by the SEC."

2.      Respondents make this Motion in accordance with the United States District Court for the District of Colorado's Uniform Civil Practice Standards of the United States Magistrate Judges, Practice Standard III (3) which permits remote appearances by counsel.

3.      Counsel for Respondents, Attorney Keith O. Barrows, Esq., is unable to attend the scheduled Hearing in person due to an unavoidable and unforeseen conflict with his medical

appointment schedule, which requires him to be present at a Williamsport, Pennsylvania, medical facility each day, for ten (10) consecutive business days, beginning January 27, 2025. As a result, Respondent's counsel cannot travel out of the Williamsport, Pennsylvania local area from January 27, 2025 through and including February 7, 2025.

4.     The facts and circumstances that precipitated the necessity for Respondent's Motion arose between January 8, 2025 and January 16, 2025.

5.     Counsel for the Petitioner SEC has been notified and consulted on this Motion in accordance with Local Rules.  Counsel for the Petitioner does not oppose this Motion.


WHEREFORE, Respondents, CAST YOUR NETS MINISTRIES, CYNM CONSULTING, LLC,  PHILLIP TRUJILLO and JEREMY HAMMONDS, request the Court enter an Order permitting Counsel for the Respondents to appear before the Court remotely at the hearing scheduled for January 28, 2025.


Respectfully submitted,

/s/ Keith O. Barrows

Keith O. Barrows, Esq.
Counsel for Respondents

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Miscellaneous Action No. 24-mc-122-DDD

SECURITIES AND EXCHANGE COMMISSION,

 Petitioner,

v.

CAST YOUR NETS MINISTRIES;
CYNM CONSULTING, LLC;
PHILLIP TRUJILLO; and
JEREMY ("JE") HAMMONDS,

Respondents.


**ORDER GRANTING RESPONDENTS' MOTION TO APPEAR REMOTELY**

Upon consideration of Respondents' Motion to Appear Remotely, the Motion is

GRANTED.


IT IS SO ORDERED.

Dated this _____ day of January 2025.

BY THE COURT:

_____

N. Reid Neureiter
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2025, I caused the foregoing Motion to Appear

Remotely to be electronically filed with the Clerk of Court using the CM/ECF System. I further

certify that I will cause a copy of the foregoing to be served by email to the following:

**Counsel for the Securities and Exchange Commission**

Jacqueline M. Moessner
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294

/s/ Keith O. Barrows
Counsel for Respondents

Keith O. Barrows
16 Chestnut Court
Jersey Shore, PA 17740
kobarrowslaw@gmail.com
570-974-8328