IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Civil Action No. 1:24-mc-00122-DDD-NRN

SECURITIES AND EXCHANGE COMMISSION,

    Petitioner,

v.

CAST YOUR NETS MINISTRIES;
CYNM CONSULTING, LLC;
PHILLIP TRUJILLO; and
JEREMY "JE" HAMMONDS,

    Respondents.

---

### ORDER ADOPTING RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

---

    Before me is the recommendation of United States Magistrate Judge N. Reid Neureiter, Doc. 25, that I grant the SEC's application for an order compelling the respondents' compliance with administrative subpoenas, Doc. 1. The recommendation states that any objections must be filed within fourteen days after its service on the parties. Doc. 25 at 10 (citing 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2)). The recommendation was served on February 10, 2025, and no party has objected to it.

    In the absence of a timely objection, I may review a magistrate judge's recommendation under any standard I deem appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, I have reviewed the recommendation to satisfy myself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. Based on that review, I have concluded that the recommendation is a correct

- 1 -

application of the facts and the law. As Judge Neureiter determined, the SEC has made the requisite showing for enforcement of the administrative subpoenas.

Accordingly, it is **ORDERED** that:

The Report and Recommendation, **Doc. 25**, is **ACCEPTED** and **ADOPTED**;

The SEC's Application for Order Compelling Compliance with Administrative Subpoenas, **Doc. 1**, is **GRANTED**, and the respondents must comply with the subject subpoenas; and

The Clerk of Court is **DIRECTED** to close this case.

DATED: February 25, 2025    BY THE COURT:

~~Daniel D.~~ Domenico
United States District Judge

- 2 -