IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-mc-00122-DDD-NRN

SECURITIES AND EXCHANGE COMMISSION,

     Petitioner,

v.

CAST YOUR NETS MINISTRIES;
CYNM CONSULTING, LLC;
PHILLIP TRUJILLO; and
JEREMY "JE" HAMMONDS,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting Recommendation of United States Magistrate Judge, filed February 25, 2025, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Report and Recommendation, Doc. 25, is ACCEPTED and ADOPTED. It is further

ORDERED that the SEC's Application for Order Compelling Compliance with Administrative Subpoenas, Doc. 1, is GRANTED, and the respondents must comply with the subject subpoenas.

1

DATED at Denver, Colorado this <u>25th</u> day of February, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk